UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. **CV 19-1382-DMG (JPRx)**                        Date: **November 29, 2022**
Title: **Graduation Solutions LLC v. Luya Enterprise, Inc. et al.**

================================================================

**DOCKET ENTRY: Order to Show Cause and Taking Settlement Conference Off Calendar**

================================================================

PRESENT:

**HON. JEAN P. ROSENBLUTH, U.S. MAGISTRATE JUDGE**

| Bea Martinez | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:            ATTORNEYS PRESENT FOR DEFENDANTS:
None present                                                      None present

**PROCEEDINGS: (IN CHAMBERS)**

On September 6, 2022, the Court set a settlement conference for December 2 and ordered the parties to submit settlement-conference statements no later than 4 p.m. one week before the conference. That date would have been the Friday after Thanksgiving. That day was not a federal holiday, although the Court was closed. Even allowing for an extension of until Monday, November 28, on that basis, as of November 29 Plaintiff had not submitted any settlement-conference statement. Late in the evening on November 28 Plaintiff's counsel sent the Court's clerk an email stating that because of an "inadvertent calendaring error" she had not complied with several of the deadlines in the settlement-conference order.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE in writing no later than seven days from the date of this order why it should not be sanctioned $500 for failing to comply with the Court's order. Because the Court now does not have sufficient time to prepare for the December 2 conference, it is ORDERED OFF CALENDAR. The deadline set by Judge Gee for the parties to hold a settlement conference is March 24, 2023. The parties are ordered to meet and confer and no later than seven days from the date of this order propose three alternative dates to the Court's clerk on which all parties and their counsel are available to conduct the conference before the March deadline.

cc: Judge Gee

MINUTES FORM 11                                                     Initials of Deputy Clerk : bm
CIVIL-GEN