1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRADUATION SOLUTIONS LLC,<br><br>Plaintiff,<br><br>vs.<br><br>LUYA ENTERPRISE, INC. d/b/a GRADUATION MALL and IVY ROBES, SHAOXING OUSHIBAO TEXTILE CLOTHING CO.,LTD a/k/a SHAOXING OSBO TEXTILE & GARMENT CO., LTD d/b/a OSBO CAP GOWN, HANGZHOU MONDON CO, LTD. a/k/a MONDON CO., LTD, JUNFENG LU, SHUANG YAN, JIANFENG LU a/k/a JIANPING LU a/k/a LU JIANPING and, JUANHONG YAO a/k/a YAO JUANHONG,<br><br>Defendants. | Case No.: CV 19-1382-DMG (JPRx)<br><br>**ORDER RE DISMISSAL OF ACTION [181]** |

-1-

-2-

Pursuant to the parties' stipulation filed under Federal Rule of Civil Procedure 41, IT IS HEREBY ORDERED that the above-captioned action, including all claims, counterclaims, and causes of action asserted herein, is hereby dismissed, with prejudice, as to all parties, with each party to bear its own attorney's fees and costs.

DATED:  April 3, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE